# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2019-0655, <u>Edward C. Furlong v. Town of Bartlett</u>, the court on August 19, 2020, issued the following order:**

Having considered the brief, memorandum of law, and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Edward C. Furlong, appeals the order of the Superior Court (<u>Ignatius</u>, J.) dismissing his complaint to set aside a judgment in an underlying land use matter, with prejudice. He argues that: (1) members of the select board for the defendant, Town of Bartlett, involved in the underlying matter had conflicts of interest; and (2) the court has jurisdiction to address his complaint, despite his pending bankruptcy case.

In dismissing the complaint, the trial court ruled that the bankruptcy trustee has exclusive authority over his claims, and that the bankruptcy court has sole jurisdiction over these matters. The court also noted that the bankruptcy court approved a stipulation between the trustee and creditors that addresses these claims, and that the plaintiff's claims are barred by the doctrine of res judicata.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,<br>Clerk**